1-23-2121 Samsung Electronics v. Power2B, Inc.